Dmitri N. Chtyrev (Bar No. 266591)
WESTSIDE INJURY LAWYERS
147 WAVERLY DRIVE, SUITE A
PASADENA, CALIFORNIA 91105
TELEPHONE (213) 536-0789
FACSIMILE (213) 536-0233
Contact@westsideinjurylawyers.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA REYES ROCHA,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC., and DOES 1 to 20;,<br><br>    Defendant. | Case No.: 2:25-cv-01185-DSF-AGR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND**<br><br>*DATE: December 8, 2025*<br>*TIME: 1:30 PM*<br>*JUDGE: Dale S Fischer* |

The Court, having been shown good cause, hereby orders the following:

1. Plaintiff's motion to remand the case to State court is granted. This court hereby orders the case remanded to the Superior Court of California, County of Los Angeles, Case No. 25NWCV00136.

**ORDER RE MOTION TO REMAND**

The Court additionally orders the following:

_____
Hon. Judge of the US District Court

**16.**

**NOTICE OF MOTIONS AND MOTION TO REMAND**

# EXHIBIT A

**16.**

**NOTICE OF MOTIONS AND MOTION TO REMAND**

# EXHIBIT B

**16.**

**NOTICE OF MOTIONS AND MOTION TO REMAND**

**18.**

**NOTICE OF MOTIONS AND MOTION TO REMAND**