JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA REYES ROCHA, an individual,<br>      Plaintiff,<br><br>      v.<br><br>WALMART, INC.,<br>      Defendant. | 2:25-CV-01185-DSF-AGR<br><br>JUDGMENT |

The Court having granted a motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: December 29, 2025

*Dale S. Fischer*
Dale S. Fischer
United States District Judge